Action by Bernard Schweid and another against Julius S. Berkman. No opinion. Orders entered, substituting Max Schweid and Harry A. Schweid, as executors, etc., of Bernard Schweid, deceased, as parties plaintiff in place of said deceased, and also substituting Ralph H. Culley as attorney for the plaintiffs.

SCOFIELD, Appellant, v. FITZSIMMONS, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Seth W. Scofield against Jean Winifred Fitzsimmons. No opinion. Judgment affirmed, with costs.

SCOTT et al., Respondents, v. SENECA RIVER POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Robert G. Scott and others against the Seneca River Power Company. No opinion. Motion to dismiss appeal granted, unless appellant file and serve briefs by January 20th. See, also, 151 N. Y. Supp. 1144.

SCOTT et al., Respondents, v. SENECA RIVER POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Robert G. Scott and others against the Seneca River Power Company. No opinion. Judgment affirmed, with costs. See, also, 151 N. Y. Supp. 1144.

S. C. POSNER, Inc., v. JACKSON et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by S. C. Posner, Incorporated, against Emanuel A. Jackson and others. No opinion. Motion denied, with $10 costs. Order filed.

SEAWARD, Appellant, v. TASKER, Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by George W. Seaward, as administrator, etc., of William Z. King, deceased, against Frederick H. Tasker. For opinion below, see 143 N. Y. Supp. 257.
PER CURIAM. Appeal transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department for hearing and determination.
BURR, J., takes no part.

SEBESTYEN, Respondent, v. CAYUGA LAKE CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Steven Sebestyen against the Cayuga Lake Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

SHEARS, Respondent, v. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Herbert C. Shears, as executor, etc., of George W. Hillson, deceased, against the Mutual Life Insurance Company of New York.

PER CURIAM. Judgment and order reversed, and new trial granted; costs to abide the event. Decedent's statements as to his previous illness and as to the physicians that he had consulted within five years prior to his application for insurance were material representations, were false, and the evidence discloses that they must have been known to him to be false. If no additional evidence respecting these matters shall be given upon the new trial, defendant will be entitled to a verdict.

SHEPARD, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by J. Frank Shepard against the Pennsylvania Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 86 Misc. Rep. 272, 148 N. Y. Supp. 388.
LAMBERT, J., dissents.

SHERWOOD et al., Respondents, v. SHERWOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Robert J. Sherwood and another, infants, etc., against Frances M. Sherwood and others. No opinion. Order (85 Misc. Rep. 99, 147 N. Y. Supp. 205) affirmed, without costs.

SHOPIRO, Respondent, v. BERLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Samuel Shopiro against Samuel N. Berlin and another. No opinion. Judgment and order affirmed, with costs. See, also, 163 App. Div. 930, 147 N. Y. Supp. 1141.

SHUART et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by John R. Shuart and others against the Erie Railroad Company. No opinion. Motion for reargument (150 N. Y. Supp. 1112), or for leave to appeal to the Court of Appeals, denied.

SICKELS, Appellant, v. WASHBURN, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by George W. Sickels against Cyrus V. Washburn. No opinion. Order affirmed, with $10 costs and disbursements.

SILBERSTEIN et al. v. BLUM et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Solomon Silberstein and others against Harry Blum and others. No opinion. Application granted. Order signed.

SILVERSTEIN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by Abraham Silverstein, as administrator, etc., against the International Railway Company. No opinion. Judg-